IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00494-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARNOLDO DOMINGUEZ-BARRAZA,

    Defendant.

---

## ORDER SETTING TRIAL DATE

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **December 26, 2006** and responses to these motions shall be filed by **January 3, 2007**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **February 2, 2007 at 1:30 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **February 12, 2007 at 1:30 p.m.**

DATED:  December 12, 2006    BY THE COURT:

    *s/ Phillip S. Figa*
    _____
    Phillip S. Figa
    United States District Judge