IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00494-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARNOLDO DOMINGUEZ-BARRAZA,

    Defendant.

## ORDER VACATING TRIAL DATES AND TO SET
## CHANGE OF PLEA HEARING

In response to the Notice of Disposition (Dkt. # 11) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for February 2, 2007 and the three-day jury trial set to commence on February 12, 2007 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than January 30, 2007 to set this matter for a Change of Plea Hearing.

DATED: January 25, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge