IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00494-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARNOLDO DOMINGUEZ-BARRAZA,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

This matter is before the Court *sua sponte*. By Order dated January 25, 2007 (Dkt. # 12), this Court directed counsel to contact Chambers no later than January 30, 2007 to set this change of plea hearing. No contact by counsel was made. Therefore,

IT IS ORDERED that a change of plea hearing is SET in this matter for **Monday, March 12, 2007 at 8:30 a.m.** Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on March 8, 2007**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

DATED: February 6, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge